No. 96–6699.  LONCHAR *v.* GEORGIA BOARD OF PARDONS AND PAROLES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–6697 (A–351).  FELKER *v.* TURPIN, WARDEN, ET AL. C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

NOVEMBER 15, 1996

No. 96–6716 (A–358).  IN RE FELKER.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 96–203.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari granted.  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 30, 1996.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 29, 1997.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 14, 1997.  This Court's Rule 29.2 does not apply.

No. 96–6715 (A–357).  FELKER *v.* TURPIN, WARDEN.  Sup. Ct. Ga.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

No. 96–6717 (A–359).  FELKER *v.* TURPIN, WARDEN.  C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.